Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 96 C 4997 | DATE | June 22, 2000 |
| CASE TITLE | | *Thomas v. Metro Pier* | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] This case has been remanded by the Seventh Circuit and the mandate has issued. The parties' agreed motion for relief under Rule 60(b)(5) [208-1] is before the court and is hereby granted. In compliance with the requirements of Rule 65(d), *Advent Electronics, Inc. v. Buckman*, 112 F.3d 267, 272 (7th Cir. 1997), the permanent injunction of 9/13/99 (attached hereto as Ex. A) is modified as follows: (1) the original parts III and IV are stricken; (2) the modified parts III and IV(attached hereto as Ex. B) are inserted; and (3) any portions of the court's 6/2/99 and 9/13/99 opinions that may be inconsistent with the permanent injunction, as modified by this order, are hereby vacated. As this disposes of all claims by all parties, the clerk is directed to file a Rule 58 judgment and terminate this case.

(11) ■ [For further detail see orders attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JUN 26 2000 date docketed | |
| | Notified counsel by telephone. | | 215 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| RTS | courtroom deputy's initials | 00 JUN 23 AM 8:30 date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |